# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Rick Garcia Construction Company ) | ASBCA No. 59296 |
| ) | |
| Under Contract No. W912PL-11-D-0051 ) | |

APPEARANCES FOR THE APPELLANT: William L. Bruckner, Esq.
                                                          Chelsey N. Del Testa, Esq.
                                                               Bruckner Law Firm, APC
                                                               San Diego, CA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
                                                            Engineer Chief Trial Attorney
                                                             Burke S. Large, Esq.
                                                             John F. Bazan, Esq.
                                                             Engineer Trial Attorneys
                                                             U.S. Army Engineer District, Los Angeles

## OPINION BY ADMINISTRATIVE JUDGE PEACOCK

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' settlement of their dispute and "Request for Entry of Consent Judgment," that this appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the lump sum amount of $415,000.00. This amount is inclusive of interest. No further interest shall be paid.

Dated: 4 February 2016

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


MARK N. STEMPLER                            RICHARD SHACKLEFORD
Administrative Judge                        Administrative Judge
Acting Chairman                             Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 59296, Appeal of Rick Garcia Construction Company, rendered in conformance with the Board's Charter.

Dated:


JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals